[No. 51949-2-I. Division One. March 8, 2004.]

ROGER KRUPP, ET AL., *Respondents*, v. BETTER HOMES CONSTRUCTION COMPANY, ET AL., *Defendants*, OHANNES CUHACIYAN, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 01-2-14176-7, Anthony P. Wartnik, J., entered February 6 and 10, 2003. *Reversed* by unpublished opinion per Agid, J., concurred in by Coleman and Ellington, JJ.

[No. 52119-5-I. Division One. March 8, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. RICHARD ROY EARL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07981-1, Helen Halpert, J., entered March 21, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52205-1-I. Division One. March 8, 2004.]

AFFILIATED FM INSURANCE COMPANY, *Appellant*, v. PATRIOT FIRE PROTECTION, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-32775-5, James A. Doerty, J., entered April 7, 2003. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Agid, JJ.

[No. 52241-8-I. Division One. March 8, 2004.]

INN AT THE CENTER, L.L.C., *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 02-2-03943-0, Douglas D. McBroom, J., entered November 26, 2002 and February 3, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Ellington, JJ.